UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2012 OCT 15  PM 2: 11

LORETTA G. WHYTE
CLERK

DESTINY N. SCOTT,
　　　*Plaintiff*

CIVIL ACTION NUMBER

**12-2507**

VERSUS

BROTHERS EXPRESSWAY, INC.,
　　　*Defendant*

SECTION:　**SECT. R MAG. 2**

## <u>COMPLAINT</u>

Plaintiff, complaining of the defendant, avers:

1.

Plaintiff invokes this Court's jurisdiction pursuant to 42 U.S.C. 2000e-5 and 28 U.S.C. §1343(4).

2.

The unlawful employment practices alleged below were and are being committed within the State of Louisiana and particularly within this judicial district.

### PARTIES

3.

Plaintiff, Destiny N. Scott is a female citizen of the United States of America and who at all times pertinent hereto lived and resided in Jefferson Parish, Louisiana.

✓ Fee  350.⁰⁰
__ Process _____
X Dktd _____
__ CtRmDep_____
__ Doc. No._____

1

4.

Defendant, Brothers Expressway, Inc., by whom the plaintiff was formerly employed, is a corporation organized under the laws of the State of Louisiana which transacts business and receiving revenues within this state and particularly within this judicial district.

5.

Plaintiff filed a charge of employment discrimination against the defendant with the District Office of the Equal Employment Opportunity Commission ("EEOC") on or about April 3, 2012. A copy of said charge is attached hereto as Exhibit 1 and is incorporated herein by reference as though copied in extenso.  The plaintiff has received a "Notice of Right to Sue" concerning the charge by letter from the district office of the EEOC dated August 22, 2012, entitling her to institute a civil action with respect to the April 3, 2012 charge within 90 days of the receipt of said notice.  A copy of said "Notice of Right to Sue" is attached hereto as Exhibit 2 and is incorporated herein by reference as though copied in extenso.

**VIOLATIONS ALLEGED**

6.

On information and belief, defendant followed and is following a policy and practice of discrimination against the plaintiff because of her sex

in violation of 42 U.S.C. §2000e et seq.  The discriminatory practices and policies include, but are not limited to the following:

(a)   Permitting a co-employee, known only to your plaintiff as *Salvador*, to sexually harass her after receiving complaints from plaintiff and her father as to the harassment which she was undergoing;

(b)   Employing supervisory discretion in a discriminatory manner against the plaintiff because of her sex by failing to supervise or otherwise undertaking appropriate corrective actions to prevent the co-employee from trying to kiss her, slapping her derriere, groping her breast, attempting to stick his hand in her pants and other acts which will be shown with more particularity at the trial of this suit;

(c)   Failing to take corrective action for mistreatment of the plaintiff when such treatment occurred because she was female.

7.

The effect of defendant's policies and practices actions and inactions as alleged above has been and continues to limit, classify and discriminate against the plaintiff in ways that jeopardize her continued employment, deprive her of employment opportunities and otherwise adversely affects her employment status because of her sex in violation of 42 U.S.C. §2000e *et seq*.

3

8.

As a further result of defendant's above-stated actions and/or inactions, the plaintiff has been and is being deprived of income in the form of wages and prospective retirement benefits and/or social security and/or other benefits due her as an employee solely because of her sex in a sum to be proven at trial.

9.

Defendant has unlawfully discriminated against the plaintiff by refusing to take appropriate corrective actions to protect the plaintiff from a hostile work environment for employment in a position for which she was well qualified; failing to remedy the hostile work environment, discriminatory practices, procedures and customs utilized by its supervisory personnel in supervising its employees; and otherwise discriminating against the plaintiff on the basis of her sex.

10.

Defendant has acted maliciously or with reckless indifference to plaintiff's rights under the Civil Rights Act of 1964 as amended and has permitted to occur a course of conduct by a co-employee, by its actions and

inactions, which constitute sexual harassment and sexual battery, all to the plaintiff's gross detriment.

11.

Plaintiff demands a trial by jury of all issues triable of right by a jury in these premises.

WHEREFORE, plaintiff respectfully prays this Court to:

I.    Order defendant to make whole the plaintiff by providing appropriate back pay and reimbursement for lost pension, social security, and other benefits, for embarrassment and humiliation, plus pre-judgment interest, in an amount to be shown at trial; & offering plaintiff re-employment;

II.   Order defendant to pay plaintiff punitive and compensatory damages in an amount in excess of $100,000.00;

III.  Order the defendant to be taxed with the cost of this action, including expert witness fees and all reasonable attorney's fees for the plaintiff; &

IV.   Grant such additional relief as to the Court may seem just and proper.

Respectfully Submitted;

*Robert L. Marrero*

ROBERT L. MARRERO, 8947
3520 General DeGaulle Drive
Suite 1035
New Orleans, LA 70114
Telephone:  (504) 366-8025
Fax:            (504) 366-8026

## **VERIFICATION**

BEFORE ME, Notary, this day personally came and appeared: Destiny N. Scott, who upon being duly sworn by me did depose and state: That she is the complainant in the above and foregoing complaint and that all of the allegations of fact contained therein are true and correct, to the best of her knowledge, information and belief.

Further affiant sayeth not.

*Destiny Scott*
Destiny N. Scott

SWORN to and subscribed before me, Notary this 18th day of September, 2012 at New Orleans, Louisiana.

*Robert L. Marrero*
Notary Public

6

PLEASE SERVE:
Brothers Expressway, Inc.
through its registered agent
for service of process:
ZIAD O. MOUSA
9000 Westbank Expressway
Westwego, LA 70094