AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana



| | |
|---|---|
| DESTINY N. SCOTT <br><br> *Plaintiff* <br><br> v. <br><br> BROTHERS EXPRESSWAY, INC. <br><br> *Defendant* | Civil Action No. **12-2507** <br><br> **SECT. R MAG. 2** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Brothers Expressway, Inc.
through its registered agent for service of process
ZIAD O. MOUSA
9000 Westbank Expressway
Westwego, LA 70094

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert L. Marrero
Attorney at Law
3520 General DeGaulle Drive
Suite 1035
New Orleans, LA 70114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **OCT 15 2012**

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BROTHERS EXPRESSWAY, INC
was received by me on *(date)* Oct. 30, 2012

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ZIAD O. MOUSA, who is designated by law to accept service of process on behalf of *(name of organization)* BROTHERS EXPRESSWAY, INC. on *(date)* Oct. 30, 2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ -0- for travel and $ -0- for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: Oct. 30, 2012

*Server's signature*

JASON D. WARD
PRIVATE PROCESS SERVER
*Printed name and title*

649 EMERALD ST.
TERRYTOWN, LA 70056
*Server's address*

Additional information regarding attempted service, etc: